```
IN THE UNITED STATES DISTRICT COURT
  FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
```

RICKEY BANKS,                        )
                                     )
            Plaintiff,               )
                                     )
    v.                               )
                                     )
RYAN ROSS, Executive Director        )    1:24-cv-291
Open Door Ministries,                )
ELISABETH FISHER WATERS,             )
Director of Arthur Cassell           )
Memorial Tran. House,                )
KELLYCE HEBERT, Clinical Case        )
Manager, Arthur Cassell,             )
ANDREW PROCHET, Men's Shelter        )
Director, MICHAEL HUGGINS,           )
                                     )
            Defendants.              )

## ORDER

On February 3, 2025, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 7, 8). No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS HEREBY ORDERED** that the Magistrate Judge's Recommendation, (Doc. 7), is **ADOPTED. IT IS FURTHER ORDERED** that Plaintiff's federal law claims are **DISMISSED WITHOUT PREJUDICE**

pursuant to 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim on which relief may be granted and for frivolity.

**IT IS FURTHER ORDER** that Plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE** to re-filing in state court. Furthermore, this action is hereby **DISMISSED.**

A Judgment dismissing this action will be filed contemporaneously with this Order.

This the 7th day of March, 2025.

/s/ William L. Osteen, Jr.
United States District Judge